UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOEL MATHEW GROVES,<br><br>　　　　Defendant. | CASE NO. CR90-250 RSM<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on November 30, 2005. The United States was represented by Joanne Maida. The defendant was represented by Brian Tsuchida. The proceedings were recorded on disk.

## CONVICTION AND SENTENCE

Defendant had been convicted of Armed Bank Robbery on or about May 3, 1991. The Hon. Ricardo S. Martinez of this court sentenced Defendant to 190 months of confinement, followed by 5 years of supervised release.

The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

//

//

PROPOSED FINDINGS
PAGE -1-

### DEFENDANT'S ADMISSION

USPO Steve McNickle for Calvin Bouma alleged that Defendant violated the conditions of supervised release in 1 respect:

(1) Using methamphetamine on or about October 9, 2005, in violation of standard condition number 7.

At an initial hearing, I advised the defendant of these charges and of his constitutional rights. At today's hearing Defendant admitted the violation, waived any hearing as to whether it occurred, and consented to having the matter set for a disposition hearing before the Hon. Ricardo S. Martinez.

### RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged and set the matter for a disposition hearing.

Defendant has been detained pending a final determination by the court.

DATED this 5th day of December, 2005.

_____
MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge         : Hon. Ricardo S. Martinez
    Assistant U.S. Attorney  : Joanne Maida
    Defense Attorney         : Brian Tsuchida
    U. S. Probation Officer  : Calvin Bouma

PROPOSED FINDINGS
PAGE -2-